# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL TISIUS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:17-CV-00426-SRB |
| | ) Capital Case |
| DAVID VANDGRIFF, | ) |
| | ) |
| Respondent. | ) |

## Notice of Appeal

Respondent David Vandergriff gives notice of appeal to the United States Court of Appeals for the Eighth Circuit from this Court's order granting Tisius's motion for a stay of execution (Doc. 136).

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Andrew J. Crane*
Andrew J. Crane
Assistant Attorney General
Missouri Bar No. 68017
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-0264
andrew.crane@ago.mo.gov

Attorneys for Respondent

1

## Certificate of Service

I certify I filed this document and any attachments using the Court's CM/ECF system on May 31, 2023. Counsel for all other parties will be served electronically.

*/s/ Andrew J. Crane*
Andrew J. Crane
Assistant Attorney General
