# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: Tisius v. Griffith | Case No. 6:17-cv-00426-SRB |
| Appellant: **Cindy Griffith** | Appellee: **Michael Tisius** |
| Appellant's Attorney(s):<br>**Andrew J Crane**<br>Missouri Attorney General's Office-JC<br>P.O. Box 899<br>Jefferson City, MO 65102<br>573-751-0264<br>Fax: 573-751-3825<br>Email: andrew.crane@ago.mo.gov<br><br>**Caroline M. Coulter**<br>State of Missouri<br>PO Box 720<br>Jefferson City, MO 65102<br>573-751-8684<br>Email: caroline.coulter@governor.mo.gov | Appellee's Attorney(s):<br>**Elizabeth Unger Carlyle**<br>6320 Brookside Plaza #516<br>Kansas City, MO 64113<br>(816)525-6540<br>Fax: (866)764-1249<br>Email: elizabeth@carlyleparishlaw.com<br>**Keith O'Connor**<br>Keith O'Connor LLC<br>PO Box 22728<br>Kansas City, MO 64113<br>816-225-7771<br>**Laurence E Komp**<br>Federal Public Defender's Office - KCMO<br>Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816-471-8282<br>Fax: 816-471-8008<br>Email: larry_komp@fd.org |
| Court Reporter(s):<br><br>None | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO 64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| 0 | Paid | No | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Retained | Yes | No | No |

**Special Comments:**