IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL TISIUS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:17-cv-00426-SRB |
| DAVID VANDERGRIFF, WARDEN, | ) ) ) |
| Respondent. | ) |

## ORDER

In accordance with the Judgment and Mandate of the Eighth Circuit Court of Appeals, dated June 2, 2023, it is hereby ORDERED that Petitioner Michael Tisius's Supplemental Petition for Writ of Habeas Corpus (Doc. #132) is DISMISSED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2023